IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-00176 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| BILLY LACK NIX, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Billy Jack Nix's motion for early termination of supervised release (Docket Entry No. 45) to which the Government has not filed any opposition. The Defendant has successfully completed over two and a half years of supervised release.

Since commencement of his supervised release, the Defendant has complied fully with all terms and conditions without a single citation. The Defendant has tested negative on every random drug test and completed his required therapy with restitution paid in full.

The Defendant is not currently employed due to severe back pain for which he has secured counsel to obtain disability benefits. Despite his disability, the Defendant is pursuing a license as a barber with 350 hours of barber training at International Style & Barber College.

The Defendant initiated the process to regain custody of his young daughter. For these collective reasons, the Defendant's motion is **GRANTED** and his supervised release is **TERMINATED** effective the date of this Order.

It is so **ORDERED**.

**ENTERED** this the 23rd day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge